UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YOELS M ANGULO-JAIMES, | Civil Action No.  25-18923 (MCA) |
| Petitioner, | |
| v. | ORDER |
| PAM BONDI, et al., | |
| Respondents. | |

Petitioner Yoels M. Angulo-Jaimes, a citizen of Venezuela, who entered the United States without inspection in 2022, has filed a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention without bond on December 10, 2025. (ECF No. 1, Petition at ¶ 1.)  Petitioner is detained at Delaney Hall in Newark, New Jersey.  (*Id*.)

Respondents filed a letter response on December 30, 2025 (ECF No. 4), stipulating to the relevant facts alleged in the Petition[1] and acknowledging that they rely on the same statutory interpretation set forth in *Matter of Yajure Hurtado*, 29 I&N Dec. 215 (BIA 2025), which was rejected by this Court in *Vasquez Lucero v. Soto*, et al, No. 25-16737-MCA, 2025 WL 3240895 (D.N.J. Nov. 20, 2025); *see also Rivera Zumba v. Bondi*, Civ. No. 25-CV-14626, 2025 WL 2753496 (D.N.J. Sept. 26, 2025).

The Court has considered the matter and **GRANTS** the Petition for the same reasons stated in *Vasquez Lucero*.

**IT IS** on this 15th day of January 2026,

---

[1] Petitioner is a native and citizen of Venezuela who entered the United States without inspection in 2022. (Pet ¶¶ 1, 14, 17.)  He was arrested by Immigration and Customs Enforcement ("ICE") on or about December 10, 2025.  (*Id.* at ¶ 1.)

**ORDERED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED**; and it is further

**ORDERED that Respondents shall provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and 8 C.F.R. § 236.1(d) within 7 days of the date of this Order;** and it is further

**ORDERED** that within 3 days of the bond hearing, Respondents shall file a letter advising the Court of the outcome of the bond hearing, at which time the Court will dissolve any temporary restraints and close the matter.

*s/ Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States District Judge**
