

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

___

*Brooks E. Doyne*
*Assistant United States Attorney*

970 Broad Street, Suite 700
Newark, NJ 07102
brooks.doyne@usdoj.gov

main: (973) 645-2700
direct: (973) 353-6001

January 20, 2026

**BY ECF**
Honorable Madeline Cox Arleo
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:   *Angulo-Jaimes v. Bondi, et al.,* No. 25-18923 (MCA)
            Bond Hearing Outcome

Dear Judge Arleo:

    This Office represents Respondents in this habeas matter. We respectfully write to confirm that Petitioner received an individualized bond hearing today, January 20, 2025. Specifically, an Immigration Judge granted Petitioner's bond request under a $7,500 bond. We therefore respectfully request that Your Honor close this case.

    We thank the Court for its attention to this matter.

                                Respectfully submitted,

                                TODD BLANCHE
                                U.S. Deputy Attorney General

                                JORDAN FOX
                                Chief of Staff & Associate Deputy
                                Attorney General
                                Special Attorney

SO ORDERED

   *s/Madeline Cox Arleo*              By:   *s/ Brooks E. Doyne*
MADELINE COX ARLEO, U.S.D.J.              BROOKS E. Doyne
                                                Assistant United States Attorney
Date:  1/27/26                                 *Attorneys for Respondents*

   cc:   Counsel of record (by ECF)